


FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 23 2010
P.M.
TIME A.M.

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

212-416-8550

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

February 19, 2010

Hon. Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Precious Ervin, et Zachary Whidbee, et al.(Docket No. 05 Civ. 5260 (RRM) (LB))</u>

Dear Judge Bloom:

The parties in the above were to submit settlement statements to the Court by this date. Because the appropriate officials who authorize settlement-related determinations were out of the office this week (a vacation week for many concerned), I must request that the Court permit defendant's statement on settlement to be submitted Monday, February 22, 2010. Indeed, one of the reasons that an adjournment was sought for the conference was that the personnel necessary for determining whether settlement is appropriate in this case, and if so, for what amount, were not available at this time. We will submit our position on Monday, and hope that the additional time requested does not inconvenience the Court in any way.

Thank you for your consideration.

The application is
SO ORDERED.
✓ granted *nunc pro tunc*.
___ denied.

Respectfully submitted,

Michael J. Keane
Assistant Attorney General

Lois Bloom, U.S.M.J.
Dated: 2/22/10
Brooklyn, New York